Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Roger T. Barrena

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ROGER T. BARRENA, | Case No.: CV 11-0025 GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Roger T. Barrena ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: June 20, 2011            Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Young Cho*

                        BY:_____

                              Young Cho
                              Attorney for plaintiff Roger T. Barrena

DATE: June 20, 2011            BENJAMIN B. WAGNER
                                     United States Attorney

                                   /s/ *Shea Bond*

                              _____
                              Shea Bond
                              Special Assistant United States Attorney
                              Attorneys for Defendant Michael J. Astrue,
                              Commissioner of Social Security
                              (Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

    Dated:   **June 20, 2011**            **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE